UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ONA HULL

   PLAINTIFF

v.             CIVIL ACTION NO. 3:18-cv-772-GNS

THE RAWLINGS COMPANY LLC   ***ELECTRONICALLY FILED***

   DEFENDANT.

## THE RAWLINGS COMPANY LLC'S
## FED. R. CIV. P. 7.1(a) DISCLOSURE

  The Rawlings Company LLC, for its Fed. R. Civ. P. 7.1(a) disclosure, states that it does

not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

       */s/ Shannon Antle Hamilton*
       Shannon Antle Hamilton
       STITES & HARBISON, PLLC
       400 West Market Street, Suite 1800
       Louisville, KY 40202
       Telephone: 502-587-3400
       shamilton@stites.com

       and

       Ashley O. Hopkins
       STITES & HARBISON, PLLC
       250 West Main Street, Suite 2300
       Lexington, KY 40507-1758
       Telephone: (859) 226-2300
       ahopkins@stites.com

       *COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, and mailed a copy, postage pre-paid, U.S. Mail, to the following:

Robyn Smith
P. Stewart Abney
Soha Saiyed
Jeremiah Reece
Kelly Parry
Abney Law Office, PLLC
624 W. Main St., 5th floor
Louisville, KY 40202

*/s/ Shannon Antle Hamilton*
*Counsel for Defendant*